RECEIVED
IN LAKE CHARLES, LA
MAY 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHANCE REED | : | DOCKET NO. 06-0037 |
| VS. | : | JUDGE TRIMBLE |
| TENNESSEE GAS PIPELINE CO. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, the court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's motion to remand [doc. # 10] be, and it is hereby GRANTED. The cause is remanded to the 38th Judicial District Court for the Parish of Cameron, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court make out a certified copy of this judgment, and forward the same to the Clerk of the 38th Judicial District Court for the Parish of Cameron, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

